IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**6810 SOUTH HAZEL STREET LLC**                                                             **PLAINTIFF**

v.                          Case No. 5:19-cv-00322-LPR

**JEFFERSON HOSPITAL ASSOCIATION INC.;**                          **DEFENDANTS**
**JEFFERSON COUNTY, ARKANSAS**

## JUDGMENT

Pursuant to the Order filed on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice for want of subject matter jurisdiction and ripeness.

IT IS SO ADJUDGED this 30th day of November 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT